**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-00626 JAK (SSx) | Date | January 12, 2012 |
|---|---|---|---|
| Title | P.S. Customs Brokerage, Inc. v. Prime Shipping International, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On January 11, 2012, plaintiff filed "Notice of Settlement" (Dkt. 31). The Court sets an Order to Show Cause re Dismissal for March 12, 2012 at 1:30 p.m. If the parties file a dismissal by March 8, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The January 13, 2012 Status Conference, February 27, 2012 Final Pretrial Conference, March 9, 2012 Status Conference re Exhibits, and March 13, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                                               :
                                              Initials of Preparer   ak